```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A05-0160--CV (RRB)
               "JAMES L. HALL V LEITONI TUPOU"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 07/11/05
            Closed: 11/28/05

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (550) Prisoner - Civil Rights

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:
```

Parties of Record:                                     Counsel of Record:

PLF 1.1            HALL, JAMES L. #987                 James L. Hall
                                                       Pro Per: 987
                                                       PCC
                                                       POB 919
                                                       Palmer, AK 99645


DEF 1.1            TUPOU, LEITONI                      No counsel found for this party!

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0160--CV (RRB)
                                "JAMES L. HALL V LEITONI TUPOU"

                                       For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 07/11/05
            Closed: 11/28/05

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (550) Prisoner - Civil Rights

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:


 Document #   Filed      Docket text
 ----------   -----      -----------
     1 -  1   07/11/05   Application to proceed without prepayment of fees.

     2 -  1   07/11/05   Complaint filed w/att exhs.

     3 -  1   07/19/05   PLF 1 Supplement re: application to proceed in forma pauperis.

     4 -  1   07/25/05   RRB Order granting pfl's application to waive prepayment of fees at dkts
                         1 & 3.  ACCE or any institution with custody of Mr. Hall shall collect
                         an initial partial filing fee in the amount of $100.00 & send the
                         payment to the clerk of court.  The institution shall collect the
                         balance of the $250.00 filing fee by collecting monthly payments. ACCE
                         to provide a copy of this order to any other institution with custody of
                         J. Hall. cc: J. Hall, Finance, ACCE, PSLC

     5 -  1   07/25/05   RRB Order plf may file an amended complaint, or in the alternative file
                         a notice of voluntary dismissal by 8/22/05.  Plf must follow LR 10.1
                         (b).  Clerk is directed to send a form PS01, PS09 and pro se handbook to
                         Mr. Hall.  cc: J. Hall w/PS01, PS09 & pro se handbook, PSLC

     6 -  1   08/09/05   PLF 1 Complaint (Amended) w/att exhs.

     7 -  1   08/29/05   RRB Order that plf may filed 2nd amended complaint or notice of
                         voluntary dsmssl as directed by 9/26/05. cc: cnsl

     8 -  1   08/30/05   PLF 1 motion for return of filing fee w/att exh.

     8 -  2   08/30/05   PLF 1 motion for status of case.

     8 -  3   08/30/05   PLF 1 Address Change Notice.

     9 -  1   09/02/05   PLF 1 Complaint (Amended) w/att exh.

    10 -  1   09/02/05   PLF 1 Supplement re: PLF 1 motion for return of filing fee (8-1).

    11 -  1   09/14/05   RRB Order denying motion for return of filing fee (8-1).  Mr. Hall shall
                         continue to have the balance of the $250.00 filing fees collected
                         thorough monthly payments from his prison trust account as stated.  cc:
                         J. Hall, PSLC, Finance
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0160--CV (RRB)
                                "JAMES L. HALL V LEITONI TUPOU"

                                       For all filing dates

Document #    Filed       Docket text
----------    -----       -----------

  12 -   1    09/14/05    RRB Order directing service and response.  Plf to proceed to insure that
                          service of process is completed w/in 120 days of the date he filed his
                          complaint.  The clerk shall issue summons to def.  Plf shall send form
                          285, a copy of the complaint (both dkt 6 and dkt 9) an original and one
                          copy of the summons & a copy of this order to the USM. The USM shall
                          serve copies upon def as stated, when appropriate completed documents
                          are received from plf. Plf is responsible for paying the USM fees and
                          costs. The clerk shall immediatley send a copy of this order and
                          complaint and summons to J. Bodick.  On or before 21 days the AG shall
                          file an appearance for the def that they have decided to represent as
                          stated.  Def shall have 30 days after service to file an answer.  Plf
                          shall follow LR 10.1(b). cc: J. Hall w/summons, Form 285, Form PS15, J.
                          Bodick w/cy complaint & summons, USM, PSLC

  13 -   1    09/23/05    PLF 1 Address Change Notice.

  14 -   1    09/26/05    PLF 1 motion for reconsideration (appeal) on filing fee exemption
                          denial.

  15 -   1    09/30/05    RRB Order granting (conditionally) motion for reconsideration (appeal)
                          on filing fee exemption denial (14-1).  If plf wants any portion of the
                          filing fee that has been paid, returned to him, he must dismiss this
                          case by 10/31/05.  If he wants to proceed he shall continue to have the
                          balance of the $250.00 filing fee owed collected through monthly
                          payments.  Clerk is directed to sent plf three copies of form PS09.  cc:
                          J. Hall w/Forms PS09, PSLC,

  16 -   1    10/07/05    AAG Notice of address of def.

  17 -   1    10/14/05    PLF 1 motion for stay & refund.

  18 -   1    11/28/05    RRB Order granting mot for refund/denying motion for stay (17-1); action
                          dism w/o prej; if plf sends 1 doc for filing in more than 1 case that
                          doc will be returned by clk. cc: cnsl, Finance, PSLC

  19 -   1    11/28/05    RRB Judgment that action dism w/o prej. cc: cnsl, PSLC, O&J 11906
```