Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Tupou

RECEIVED
JAN 23 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

JAMES L. HALL,                )
                              )
          Plaintiff,          )
                              )
     v.                       )
                              )
LEITONI TUPOU,                )
                              )
                              )
          Defendant.          )
_____)  Case No. A05-160 cv (RRB)

**MOTION TO DISMISS**

Comes now defendant Tupou, by and through his attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby moves this court to dismiss this case pursuant to Civil Rule 4(m). Civil Rule 4(m) provides that the court shall dismiss the action if service of the summons and complaint is not made upon a defendant within 120 days of the filing of the complaint. Plaintiff has not served defendant Tupou as of this date. He filed his amended complaint on September 2,

Motion to Dismiss
*Hall v. Tupou*, Case A05-160 cv (RRB)
Page 1 of 2.

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

2005. Since more than 120 days have passed without service, defendant Tupou respectfully requests that this court dismiss this case.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *Marilyn J Kamm*
Marilyn J. Kamm
Assistant Attorney General

I certify that on January 20, 2006, I caused to be mailed a true and correct copy of the foregoing ~~via~~ *order* first class, U.S. Postal Service to:

James T. Hall
ACC-East
1400 East 4th Avenue
Anchorage, AK 99501

*Marilyn J Kamm*
Marilyn J. Kamm

Motion to Dismiss
*Hall v. Tupou*, Case A05-160 cv (RRB)
Page 2 of 2.

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428  FAX: (907) 465-4043