Marilyn J. Kamm
Assistant Attorney General
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Attorney for Defendant Tupou

RECEIVED
JAN 2 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JAMES L. HALL, | ) |
| Plaintiff, | ) |
| v. | ) |
| LEITONI TUPOU, | ) |
| Defendant. | ) |
| | ) Case No. A05-160 cv (RRB) |

ORDER OF DISMISSAL

It is hereby ordered that this case is dismissed pursuant to Civil Rule 4(m) since plaintiff did not serve the defendant with the summons and complaint within 120 days of the filing of the amended complaint.

Dated:_____

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE