**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

JAMES L. HALL    v.    LEITONI TUPOU

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                    CASE NO.  3:05-CV-0160 (RRB)

John W. Erickson, Jr.                    DATE: February 9, 2006

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
              **DENYING DEFENDANT'S MOTION TO DISMISS**

          Before the Court is Defendant Leitoni Tupou ("Defendant")
with   an   unopposed   Motion   to   Dismiss   (Docket   No.   20).
Notwithstanding,  inasmuch  as  this  matter  was  dismissed  without
prejudice,  on  November  28,  2005,  see  Clerk's  Docket  No.  19,
Defendant's Motion to Dismiss (Docket No. 20) is hereby **DENIED** as
moot.

ORDER DENYING DEFENDANT'S MOTION TO DISMISS