IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA.

JAMES L. HALL, #987
 PLAINTIFF,

VS.

LEITONI TUPOU,
ET. AL.
 DEFENDANTS.

RECEIVED
MAY 3 1 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

CASE NO: A05-0160 CV. (RRB)

MOTION FOR: REOPEN OF CASE.

I JAMES L. HALL, REQUEST THAT: ABOVE CASE BE REOPENED IMMEDIATLY. THIS MOTION SHOULD BE GRANTED BECAUSE: ① MY OFFICE BOX CONTAINING ALL MY ABOVE CASE FILES + OTHER CASE FILES WERE DISPOSED OF, NOT OF MY DOINGS, ② I NEVER RECIEVED ANY PRIOR NOTIFICATION OF ANY KIND OF THIS CASE BEING CLOSED OR DISMISSED. ③ ON 5/26/06 I CALLED CLERK OF COURT REGARDING STATUS OF MY CASE, + AT THIS TIME ONLY - I WAS NOTIFIED BY CLERK - THAT MY CASE WAS CLOSED. ④ SINCE I RECIEVED NO PRIOR NOTIFICATION OF ANY KIND OF MY CASE BEING CLOSED, I AM ASKING THE COURT TO REOPEN THIS CASE SO I MAY CONTINUE TO PURSUE THIS LEGAL CASE IN COURT. ⑤ NOV. '05, I MAILED TO THE CLERK OF COURT - MY CHANGE OF ADDRESS, PRIOR TO MY DEC. 5TH, '05 RELEASE.

* I AM THE VICTIM IN THIS CASE.

5/26/'06
DATE

James L. Hall
SIGNATURE

JAMES L. HALL #987
Anchorage Corrections Complex West
1300 East Fourth Avenue
Anchorage, AK 99501