IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA.

JAMES L. HALL, #987

PLAINTIFF,

VS.

LEITONI TUPOU,

ET. AL.

DEFENDANTS.

RECEIVED

MAY 3 1 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

CASE NO: A05-0160 CV. (RRB)

MOTION FOR: ONE COPY OF ABOVE FILE.

I JAMES L. HALL, REQUEST THAT: I RECIEVE 1 COPY OF ABOVE FILES. THIS MOTION SHOULD BE GRANTED BECAUSE: ① MY OFFICE BOX CONTAINING ALL MY ABOVE FILES + OTHER CASE FILES WERE DISPOSED OF, NOT OF MY DOINGS, ② I AM INDIGENT, I'VE NO MONEY AT THIS PLACE + TIME. I AM WILLING TO SIGN A PROMISARY LEGAL DOCUMENT TO PAY FOR ALL ABOVE COPIES - AS SOON AS POSSIBLE. I'LL SIGN OVER MY NEXT "AK. P.F.D." IF NEED BE. ③ YOUR COURT HAS MY ONLY COPIES + I URGENTLY NEED ONLY ONE COPY OF ALL ABOVE FILE - CASE, PLEASE.

* I AM THE VICTIM IN THIS CASE.

④ I'LL ALSO NEED THESE COPIES TO REFILE THIS CASE - IF NEED BE.

JAMES L. HALL # 987
Anchorage Corrections Complex West
1300 East Fourth Avenue
Anchorage, AK 99501

5/26/06
DATE

James L. Hall
SIGNATURE