Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Tupou

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JAMES L. HALL,                                )<br>                                                      )<br>                    Plaintiff,              )<br>                                                      )<br>          v.                                    )<br>                                                      )<br>LEITONI TUPOU,                          )<br>                                                      )<br>                                                      )<br>                                                      )<br>                    Defendant.           )<br>_____)   | <br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-160-RRB |

**ENTRY OF APPEARANCE**

        Marilyn J. Kamm, Assistant Attorney General, hereby enters her appearance in

the above-captioned case on the behalf of defendant Leitoni Tupou.  All future pleadings

(exclusive of process), orders, briefs, and correspondence should be sent to her as shown

below:

Marilyn J. Kamm
Assistant Attorney General
P. O. Box 110300
Juneau, AK  99811-0300

Entry of Appearance
*Hall v. Tupou*, Case 3:05-cv-160-RRB
Page 1 of 2.

Phone:  (907)465-3428 Fax:  (907)465-4043

Dated this 31st day of May, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL


By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us


I certify that on May 31, 2006, I caused to be
mailed a true and correct copy of the foregoing via
first class, U.S. Postal Service to:

James T. Hall
ACC-West
1300 East 4th Avenue
Anchorage, AK  99501


_____
By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us


Entry of Appearance
*Hall v. Tupou*, Case 3:05-cv-160-RRB
Page 2 of 2.