\* PLEASE RUSH/EXPEDITE!!

IN THE **DISTRICT**/~~SUPERIOR~~ COURT FOR THE ~~STATE~~ DISTRICT OF ALASKA
AT ANCHORAGE

JAMES L. HALL #987 , )
(PRO-SE) Plaintiff(s), )
)
vs. )
)
LEITONI TUPOU , )
Defendant(s). )
)

RECEIVED
AUG 3 1 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Case No. A05-0160 CV (RRB)

REQUEST AND ORDER
FOR ONE COPY OF ABOVE CASE RECORDS/FILES, FROM DISTRICT COURT/RECORDS.

**REQUEST**

I request that ONE COPY OF ABOVE CASE RECORDS BE SENT TO ME - PRIOR TO MY 2 TRIALS SOON (END OF AUGUST, + BEGINNING OF SEPT. '07) of CRIMINAL MATTERS.

For the following reasons: ① I HAVE THE RIGHTS TO ONE GOOD COPY OF ALL THE ABOVE CASE RECORDS, ② ALL MY FILES + PROPERTIES WERE DISPOSED OF, THEREFORE I HAVE ABSOLUTELY NONE. ③ THE ABOVE CASE FILES/RECORDS ARE RELATED TO MY CURRENT 2 CRIMINAL TRIALS, SOON \* PLEASE RUSH/EXPEDITE. ④ I AM INDIGENT + I HAVE NO MONEY FOR COPIES. ENCLOSED IS AN "EXEMPTION OF FEE PAYMENTS.

I certify that on the date below a copy of this request was mailed/handed to all other parties in this case as follows (list names and addresses): NO OTHER PARTIES! THE ABOVE CASE WAS DISMISSED.

8/14/'07
Date

*James L. Hall*
Signature of Plaintiff/Defendant

JAMES L. HALL
Print Name

N/A
Daytime Phone

ACC-WEST, 1300 E. 4TH AVE., ANCHORAGE AK 99501
Mailing Address    City/State/Zip

**ORDER**

☐ Request granted.    ☐ Request denied because _____

_____
Date

_____
Judge's Signature

I certify that on _____
a copy of the order was sent to: _____

Type or Print Judge's Name

Clerk: _____

Page 1 of 1

Request and Order for ....

JAMES LITTRALL #707
OFFICE OF THE CLERK/TRIAL COURTS
ALASKA COURT SYSTEM
825 W. 4TH AVENUE
ANCHORAGE, AK 99501-2004

06-28-07

TO CHIEF JUDGE JOHN W. SEDWICK
U.S. DISTRICT COURT FOR THE DISTRICT OF ALASKA
222 W. 7TH AVENUE #4
ANCHORAGE, ALASKA 99513-7564

"RUSH/EXPEDITE"
"CONFIDENTIAL FEDERAL LEGAL MAIL"

"EXPEDITE"
"FEDERAL CONFIDENTIAL LEGAL MAIL"