*PLEASE Rush/Expedite !!*

IN THE DISTRICT/~~SUPERIOR/SUPREME~~ COURT FOR THE ~~STATE~~ DISTRICT OF ALASKA
AT ANCHORAGE

&James L. Hall #987 (Pro-se)
                    PLAINTIFF,
        vs.
- Cottle, et al.
- Betts, Lt. Self
- Leitoni Tupou
                    DEFENDANTS.

RECEIVED
AUG 31 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

A05-0226 CV (JWS)
3A05-0219 CV (JWS)
CASE NO. A05-0160 CV (RRB)

PRISONER REQUEST FOR FILING FEE EXEMPTION

I, &James L. Hall, request exemption from paying part of
(name of prisoner)
the filing fee in this civil litigation against the State of Alaska. As required by AS 09.19.010, I am submitting to the court:

1. the following affidavit, and

2. the attached certified copy of my account statement for the past six months from the Department of Corrections, along with a DOC cover memo listing average monthly deposits and average balance.

## AFFIDAVIT

I swear or affirm under penalty of perjury that the following information is true to the best of my knowledge and belief.

1. I am a prisoner at Anchorage Correctional Complex-West.
(name of correctional facility)

2. I am attaching a filled out Financial Statement on court form CR-206.

3. The circumstances that prevent me from paying the full filing fee are: I AM INDIGENT, I HAVE NO MONEY, EVERYTHING I OWN WAS DISPOSED OF, I HAVE 2 DISABILITIES + I'M INCARCERATE + D.O.C. WON'T GIVE ME WORK! * PLEASE RUSH/EXPEDITE FOR 2 TRIAL REASONS - VERY SOON! * (END OF AUGUST 07 + BEGINNING OF SEPT. 07). Thank you,

4. Nature of action:
   ☐ application for post conviction relief
   ☒ civil lawsuit FROM FEDERAL COURT (CV).
   ☐ appeal of a civil judgment
   ☐ appeal from final decision of an administrative agency
   ☒ other: I NEED ONE COPY OF 3 CV. CASES OF MINE, + I HAVE NO MONEY TO PAY FOR ANY COPIES.

Page 1 of 2
CIV-670 (6/95)(cs)
PRISONER REQUEST FOR FILING FEE EXEMPTION

AS 09.19.010 & .100
Adm. R. 10(e), Crim R. 35.1(e)
App. R. 204(b)(4) & 209(a)(7)

5. The following specific facts will, when proven, state a claim on which relief can be granted or entitle me to reversal on appeal: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

_____7/6/07_____          _____James Hall_____
Date                        Prisoner's Signature

Subscribed and sworn to or affirmed before me at __Anchorage__, Alaska on __July 6-2007__.
(date)

(SEAL) [Rebecca L. Cowart Notary Public State of Alaska]

_____Rebecca L. Cowart_____
Notary Public or other person authorized to administer oaths.
My commission expires __With Office__

ORDER

It is ordered that the above request is

☐ GRANTED. The court finds that exceptional circumstances prevent the prisoner from paying the full filing fee. The required filing fee will be $_____ (Minimum required by AS 09.19.010(d) is 20% of the larger of average monthly deposits to or average balance in prisoner's account.)

☐ DENIED. The court finds that no exceptional circumstances prevent the prisoner from paying the full filing fee.

This case will not be accepted for filing unless the filing fee is paid within 30 days after the date of distribution of this order.

_____          _____
Date                            Judge

I certify that on _____
a copy of this order was sent to:            Type or Print Name

Clerk: _____

Page 2 of 2
CIV-670 (6/95)(cs)
PRISONER REQUEST FOR FILING FEE EXEMPTION

AS 09.19.010 & .100
Adm. R. 10(e), Crim R. 35.1(e)
App. R. 204(b)(4) & 209(a)(7)