*PLEASE*
*RUSH EXPEDITE*

| To Clerk:  Do not issue summons until request is granted or filing fee is paid. |
| --- |

IN THE DISTRICT/SUPERIOR COURT FOR THE ~~STATE~~ DISTRICT OF ALASKA
AT _Anchorage_

James L. Hall #987 (Pro-se) )
               Plaintiff, )
  )
vs. )
- Cottle, etal. )
- Betts, self )
- Leitoni Tupou )
               Defendant. )
  )

A05- 0226 CV. (JWS)
A05- 0219 CV. (JWS)
CASE NOS A05- 0160 CV. (RRB)

REQUEST FOR EXEMPTION
FROM PAYMENT OF FEES

I, _James L. Hall_ , request exemption from payment of the fees listed in Administrative Rule 9(f)(1) due to my financial inability to pay.

FINANCIAL STATEMENT

Phone: _N/A (ACC-West)_    Date of Birth: _2/1/1964_

Residence Address: _ACC-West, 1300 E. 4th Ave, Anchorage, AK 99501_

Mailing Address: _ACC-West,_ " " " " " " "

Present Employer: _N/A_

(If not now employed, state last employer and date terminated)

Employer's
Address: _N/A_

Employer's
Phone: _N/A_

1.  INCOME INFORMATION  (after taxes, but before other deductions)

| | You | Your Spouse |
| --- | --- | --- |
| a.  Income during last 12 months: | | |
| Wages | O | O |
| Public Assistance | O | O |
| Unemployment | O | O |
| Other _____ | O | O |
| (Specify) | | |
| TOTAL: | O | O |
| b.  Current monthly income from all sources: | O | O |

2.  FAMILY MONTHLY EXPENSES:

| | |
| --- | --- |
| Food | O |
| Rent | O |
| Utilities | O |
| Car payments | O |
| Furniture & Equipment payments | O |
| Child support or alimony | O |
| Loans/Time payments | O |
| TOTAL EXPENSES: | O |

Adm. R. 9(f)(1) and 10
Civil R. 90.3

3. FAMILY ASSETS – Present Value:

Cash on hand or
  in bank _____ 0_____

Land, buildings or
  trailers _____ 0_____

Cars _____ 0_____

Snow machines, boats
  airplanes or other
  motor vehicles
  (except cars) _____ 0_____

Securities: stocks,
  bonds, notes _____ 0_____

Businesses _____ 0_____

Other Assets:
_____ 0_____   _____ 0_____
_____ 0_____   _____ 0_____
_____ 0_____   _____ 0_____

TOTAL ASSETS: _____

4. FAMILY DEBTS:

Mortgages _____ 0_____

Loans _____ 0_____

Charge cards _____ 0_____

Other (bills, etc.):

CREDITORS _$50,000 +_

_____ 0_____   _____ 0_____

_____ 0_____   _____ 0_____

TOTAL DEBT: $50,000 +

5. DEPENDENTS:

| Name | Age | Relationship |
|------|-----|--------------|
| N/A | N/A | N/A |

I swear or affirm that this financial statement is true. I understand that if I give false information in the financial statement, I may be prosecuted for perjury.

_____7/6/07_____
Date

_____James Hall_____
Signature of Plaintiff/Defendant

Subscribed and sworn to or affirmed before me at _Anchorage_, Alaska

_____July 16 2007_____
(date)

_____Rebecca L Cowlut_____
Notary Public/Judge/Court Clerk
My Commission Expires: _With Office_

(SEAL) REBECCA L. COWART
NOTARY PUBLIC
STATE OF ALASKA

## ORDER

IT IS ORDERED that the request for exemption from payment of fees is:

☐ GRANTED. Plaintiff/Defendant is exempted from payment of the fees specified in Administrative Rule 9(f)(1).

☐ DENIED. Any fees now due in this case must be paid before any further action is taken. If payment is not made within 30 days after notice of the order, the court may dismiss the action. Admin.Rule 10(d).

_____
Date

_____
Judge/Magistrate

I certify that on _____
a copy of this order was sent to:

Clerk: _____

_____
Type or Print Name

Adm. R. 9(f)(1) and 10
Civil R. 90.3