_____
Name

_____
Prison Number

_____
Place of Confinement

_____

_____
Address

_____
Telephone

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

_____,

    Plaintiff,

vs.

_____

_____,

    Defendant(s).

Case No. _____

M O T I O N

to/for _____

I, _____, proceeding without a lawyer, move to/for _____ under the following statute(s)/rule(s) (if known) _____ for the following reason(s): _____

_____

_____

PS 15 (effective 8/05)

_____

_____

_____

_____

_____

_____

_____

_____

_____

### Declaration Under Penalty of Perjury

I, _____, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: _____, at _____.

                 _____
                      Signature

### Certificate of Service

I certify that, on _____ a copy of this motion
      (Date of mailing or handing to Correctional Officer)

was served, by first class U.S. mail, on _____
               (Opposing Party or Counsel)

at _____.
  (Address)

                _____
                      Signature