eJames L. Hall
**Name** # 987
**Prison Number**

Acc-West
**Place of Confinement**

1300 E. 4th Avenue

Anchorage, Alaska   99501
**Address**

N/A
**Telephone**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

eJames L. Hall #987
PRO-SE
**Plaintiff,**

VS.

LEITONI TUPOU

**Defendant(s).**

Case No. 3:05-CV-00160-RRB

Amended
MOTION

to/for A Copy of Entire File.

I, eJames L. Hall _____, proceeding without a lawyer, move

to/for U.S. DISTRICT COURT TO PROVIDE ME WITH A COPY OF MY ENTIRE FILE.

under the following statute(s)/rule(s) (if known) _?_

for the following reason(s): ① EVERYTHING I OWNED INCLUDING ALL MY FILES

WERE DISPOSED OF & NOW I HAVE NOTHING; ② I DID REQUEST ONE COPY

OF ALL MY ORIGINALS WHEN I SENT ORIGINAL COMPLAINT-BUT I NEVER

RECIEVED ANY COPIES OF MY ORIGINAL HANDWRITTENS, OR DOCUMENTS SUBMITTED,

PS 15 (effective 8/05)

③

IT'S A CLOSED CASE NOW + I BELIEVE I HAVE A CIVIL RIGHT TO OBTAIN ONE COPY OF THIS ENTIRE FILE - FREE OF CHARGE WITH THE ACCEPTANCE OF MY "FILING FEE EXEMPTION," ④ THIS CASE HAS A LOT OF INFORMATION/EVIDENCE INVOLVING ANOTHER CIVIL CASE THAT I URGENTLY NEED, ⑤ ALSO WITH MY CURRENT CRIMINAL CASE. ✱ THERE WILL BE NO REOPENING OF THIS CASE OR PAPERWORK FILED UPON RECIEVING MY ONE COPY OF THIS FILE.   THANK YOU

---

### Declaration Under Penalty of Perjury

I, ___8 JAMES L. HALL___, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: ___9 20 07___, at ___ANCHORAGE, ALASKA___.

_James L. Hall_
Signature

### Certificate of Service

I certify that, on ___10/01/07___ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on (NO OPPOSING PARTY, THIS IS ONLY A REQUEST
(Opposing Party or Counsel) FOR COPIES ON THIS
CLOSED CASE.

at ___ACC-WEST, 1300 E. 4TH AVE., ANCHORAGE, AK. 99501___.
(Address)

_James Hall_
Signature

PS 15 (effective 8/05)                    2                    MOTION