# STATE OF ALASKA /
## DEPARTMENT OF CORRECTIONS

*Sarah Palin, GOVERNOR*

REPLY TO:

P.O. Box 112000
Juneau, Alaska 99811-2000
Telephone (907) 465-3478

July 18, 2007

James L. Hall
c/o Anchorage Correctional Complex (East)
1400 E. 4th Avenue
Anchorage, Alaska 99501

Dear Mr. Hall:

### RE: Prisoner Account Statement

Issued under the authority of Alaska Statute (A.S.) 09.19.010 (b)(2), the certified copies of prisoner account statements you requested for account # **987** the time period **January 2007** through **June 2007** are enclosed. **Please note statements for prior periods of incarceration may not be included.**

In addition, in response to A.S. 09.19.010 (d), the following is provided:

1.) The average monthly deposit for the time period indicated above was $13.33 and 20% of this amount equals $2.66.

and,

2.) The average balance for the time period indicated above was $11.82 and 20% of this amount equals $2.36.

If you are a prisoner who is commencing a civil action, an appeal from a civil action, or an appeal from the final decision of an administrative agency, against the state or a present or former state officer, agent or employee, **and you are requesting a filing fee exemption**, you should submit this memorandum and enclosure to the court.

If you indicated that you would like an additional copy of your statements or requested statements older than six months these copies are available for $0.15 each. You may request copies of these originals from your Institution through a commissary request.

If you have any questions on this information, please contact us.

Enclosures

Sincerely,

*Mary Engdahl*
Mary Engdahl, Offender Trust Manager
Division of Administrative Services/DOC

Offender #: 987    USP #: 987    HALL, JAMES LOUIS                              Location: COOK INLET PRET    Cell: J09B

## Alaska Department of Corrections
### COOK INLET PRETRIAL
## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 01/01/2007    To: 01/31/2007                                                  Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: SAVINGS - INMATE REQUESTED
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

I certify this to be a true copy
of the original document

_[signature]_ 7/18/07
SIGNATURE      DATE

**MESSAGES:**
I/M Request

Offender #: 987    USP #: 987    HALL, JAMES LOUIS                              Location: COOK INLET PRET    Cell: J09B

Alaska Department of Corrections
COOK INLET PRETRIAL

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 02/01/2007   To: 02/28/2007

Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: SAVINGS - INMATE REQUESTED
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M Request

I certify this to be a true copy
of the original document

*[signature]* 7/18/07
SIGNATURE            DATE

Offender #: 987   USP #: 987   HALL, JAMES LOUIS   Location: COOK INLET PRET   Cell: J09B

## Alaska Department of Corrections
### COOK INLET PRETRIAL
### STATEMENT OF ACCOUNT
#### Offender Account Activity

Statement Date: 03/01/2007   To: 03/31/2007

Page 1 of 1

### ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 5.61

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| 752664 | 03/16/2007 | Cash Receipt - HALL, JAMES | | 0.30 | 0.30 |
| 754773 | 03/22/2007 | Cash Receipt - ELROD, PHILLIP | | 40.00 | 40.30 |
| 754973 | 03/23/2007 | MAIL LETTERS | 0.39 | | 39.91 |
| 756770 | 03/29/2007 | Commissary Purchase; Invoice 366330 | 35.90 | | 4.01 |
| 757177 | 03/30/2007 | Commissary Return; Invoice 366330 | | 1.60 | 5.61 |
| | | Ending Balance | | | 5.61 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: SAVINGS - INMATE REQUESTED
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M Request

I certify this to be a true copy
of the original document

_[signature]_   7/8/07
SIGNATURE   DATE

Offender #: 987   USP #: 987   HALL, JAMES LOUIS   Location: COOK INLET PRET   Cell: J09B

Offender #: 987   USP #: 987   HALL, JAMES LOUIS   Location: COOK INLET PRET   Cell: J09B

## Alaska Department of Corrections
### COOK INLET PRETRIAL
### STATEMENT OF ACCOUNT
#### Offender Account Activity

Statement Date: 04/01/2007   To: 04/30/2007   Page 1 of 1

### ACCOUNT TRANSACTION DETAIL:

**Account: FUNDS AVAILABLE**
Account Balance: 24.06

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 5.61 |
| 757725 | 04/02/2007 | MAIL LETTERS | 1.11 |  | 4.50 |
| 759048 | 04/05/2007 | Commissary Purchase; Invoice 368031 | 2.65 |  | 1.85 |
| 763345 | 04/09/2007 | Teller Disbursement | 1.85 |  | 0.00 |
| 766171 | 04/16/2007 | Cash Receipt - HALL, JAMES |  | 60.75 | 60.75 |
| 767155 | 04/19/2007 | MAIL LETTERS | 1.56 |  | 59.19 |
| 769471 | 04/25/2007 | Cash Receipt - ELROD, PHILLIP |  | 20.00 | 79.19 |
| 769800 | 04/26/2007 | Commissary Purchase; Invoice 373079 | 54.35 |  | 24.84 |
| 770857 | 04/30/2007 | MAIL LETTERS | 0.78 |  | 24.06 |
|  |  | Ending Balance |  |  | 24.06 |

**Account: FORCED SAVINGS**
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 0.00 |
|  |  | Ending Balance |  |  | 0.00 |

**Account: SAVINGS - INMATE REQUESTED**
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 0.00 |
|  |  | Ending Balance |  |  | 0.00 |

**MESSAGES:**
I/M Request

I certify this to be a true copy of the original document

SIGNATURE   DATE   7/18/07

Offender #: 987   USP #: 987   HALL, JAMES LOUIS   Location: COOK INLET PRET   Cell: J09B

Alaska Department of Corrections
COOK INLET PRETRIAL

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 05/01/2007   To: 05/31/2007

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 21.25

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 24.06 |
| 772224 | 05/03/2007 | Commissary Purchase; Invoice 374736 | 17.60 | | 6.46 |
| 772959 | 05/04/2007 | MAIL LETTERS | 0.78 | | 5.68 |
| 775707 | 05/07/2007 | MAIL LETTERS | 0.78 | | 4.90 |
| 776395 | 05/08/2007 | MAIL LETTERS | 0.78 | | 4.12 |
| 776395 | 05/08/2007 | MAIL LETTERS | 0.63 | | 3.49 |
| 776725 | 05/09/2007 | MAIL LETTERS | 1.17 | | 2.32 |
| 779744 | 05/17/2007 | Commissary Purchase; Invoice 378020 | 1.35 | | 0.97 |
| 779769 | 05/17/2007 | MAIL LETTERS | 0.41 | | 0.56 |
| 780780 | 05/21/2007 | Teller Disbursement | 0.56 | | 0.00 |
| 783874 | 05/30/2007 | Cash Receipt - HALL, JAMES | | 21.25 | 21.25 |
| | | Ending Balance | | | 21.25 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: SAVINGS - INMATE REQUESTED
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M Request

I certify this to be a true copy of the original document

SIGNATURE   DATE   7/18/07

Alaska Department of Corrections
COOK INLET PRETRIAL

## STATEMENT OF ACCOUNT
**Offender Account Activity**

Statement Date: 06/01/2007   To: 06/30/2007   Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

Account: FUNDS AVAILABLE
Account Balance: 20.04

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 21.25 |
| 787742 | 06/05/2007 | MAIL LETTERS | 0.41 | | 20.84 |
| 789530 | 06/07/2007 | Commissary Purchase; Invoice 382895 | 1.30 | | 19.54 |
| 792904 | 06/14/2007 | 06/01/2007 161784 51 | 4.00 | | 15.54 |
| 795159 | 06/21/2007 | Commissary Purchase; Invoice 386552 | 15.50 | | 0.04 |
| 796895 | 06/27/2007 | Cash Receipt - MISA, JOSEPH T | | 20.00 | 20.04 |
| | | Ending Balance | | | 20.04 |

Account: FORCED SAVINGS
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: SAVINGS - INMATE REQUESTED
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

**MESSAGES:**
I/M Request

I certify this to be a true copy
of the original document

SIGNATURE   DATE   7/18/07