11-15-07

RECEIVED
NOV 19 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

James Hall #987
-WEST, 1300 E. 4TH AVE
Anchorage, AK 99501

TO CLERK OF COURT,

"NOTICE OF CANCELLATION OF ALL ORDERED COPIES OF FILES!" + RETURN FUNDS!

I James L. Hall HEREBY WITHDRAW MY ORDERS OF ALL MY FILES (3).

1. CASE # A05-0226 CV., HALL-VS.-COTTLE, ETAL.
2. CASE # A05-0160 CV., HALL-VS.-TUPOU.
3. CASE # A05-0219 CV., HALL-VS-BETTS, SELF.

PLEASE RETURN ALL MY FUNDS TO MY OTA ACCT.

Thank you,
James Hall
James L. Hall
11-15-07

James Hall #987
Anchorage Correction Complex - West
1300 E. 4th Ave.
Anchorage, Alaska 99501

"Federal Legal Mail"

U.S. District Court
Clerk of Court
Federal Building Courthouse
222 W. 7th Ave, #4
Anchorage, Alaska 99513

"Federal Legal Mail"