IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES L. HALL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LEITONI TUPOU,<br><br>　　　　Defendant. | Case No. 3:05-cv-00160-RRB<br><br>ORDER<br>REGARDING COPIES |

On August 31, 2007, James L. Hall, a self-represented prisoner, filed a motion for waiver of prepayment of the costs of copying his entire case file, which he claimed he needed for ongoing state court litigation.[1]  Although Mr. Hall submitted documentation showing that he currently had insufficient funds from which to pay the costs involved, he failed to explain why he needed copies of any particular document for his state cases.[2]

---

[1] *See* Docket Nos. 28-30.

[2] Court records show that all documents in the file have either originated from Mr. Hall, or were sent to Mr. Hall by the Court.

On September 17, 2007, Mr. Hall was informed that, if still wished to secure copies of the documents in this closed case without prepayment of the costs, he must explain to the Court which documents he needs, and why he needs each particular document.[3] Furthermore, Mr. Hall was cautioned that the $45 cost of retrieving the file from archives, and the $.50 per page copying fee, would be deducted from his prison trust account.[4]

On October 5, 2007, Mr. Hall filed an amended motion for copies of his entire court file,[5] but before the Court ruled on that motion, on November 19, 2007, he filed a "notice of cancellation" of that motion, and a request for the return of all funds.[6] However, because this Court never ordered that funds be taken from his prison account to pay for copies in this case, there are no such funds to return to Mr. Hall.

Therefore, **IT IS HEREBY ORDERED** that:

1. The motion for copies of the entire court file in this case, at docket numbers 32-34, is DENIED, pursuant to Mr. Hall's notice that he no longer wants those copies.

---

[3] See Docket No. 31.

[4] *See* Docket No. 23 at 1 & Docket No. 34 at 1 (Mr. Hall offered to be billed for the cost of securing his closed file from archives).

[5] *See* Docket Nos. 32-34.

[6] *See* Docket No. 35.

2. Mr. Hall's request for a return of funds, at docket number 35, is DENIED as moot.

DATED this 9th day of January, 2008, at Anchorage, Alaska.

/s/RALPH R. BEISTLINE
United States District Judge