&James L. Hall
_____
Name
# 000987
_____
Prison Number
ACC- WEST
_____
Place of Confinement

1380 E. 4th Ave.
_____
Anchorage, Alaska 99501
_____
Address
(907) 272-9322
_____
Telephone

RECEIVED

APR 0 2 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

&James L. Hall _____ ,

Plaintiff,

vs.

Leitoni Tupou _____

_____ ,

Defendant(s).

Case No. A05- 0160 CV. (RRB)

MOTION

to/for PRODUCTION OF 1 COPY OF MY
COMPLAINT, MOTIONS, LETTERS + EVIDENCE.

I, &James L. Hall _____ , proceeding without a lawyer, move

to/for PRODUCTION OF "COMPLAINT," MOTIONS, LETTERS, EVIDENCE" – ONE COPY.
                                    CIVIL RULE 16 (e) DISCOVERY
under the following statute(s)/rule(s) (if known) EVIDENCE RULES 608 + 609 IMPEACHMENT.

for the following reason(s): EXCULPATORY EVIDENCE PURSUANT CASE

NUMBER 3AN-06-13179 CI., "HALL -VS- S.O.A./DEPT. OF CORRECTIONS, ETAL."

HARRASSMENTS, RETALIATORY, ETC... MOTIVES + PURSUANT TO RULES 403, 404(b),
                                    + IMPEACHMENT REASONS 608 + 609,

PS 15 (effective 8/05)

FOR THE ABOVE REASONS, I NEED ONLY ONE COPY OF MY "CLOSED CASE" FILES (COMPLAINT / MOTIONS / LETTERS + EVIDENCES) + BECAUSE MY UNIFORM PRETRIAL ORDER (UPO) + PRETRIAL MOTION DEADLINE IS ON APRIL 7, 2008. I NEED THIS MOTION EXPEDITED PLEASE? MY PRETRIAL DATE IS APRIL 11, 2008 + MY TRIAL DATE IS MAY 5, 2008. EVERYTHING I OWNED WAS DISPOSED OF, I NO LONGER HAVE ANY PAST RECORDS.

* I'M INDIGENT, ATTACHED IS MY OTA STATEMENT.

### Declaration Under Penalty of Perjury

I, _____, declare under penalty of

perjury, that I have reviewed the above motion, and that the information contained

in this motion is true and correct.

DATED:_____, at _____

_____
Signature

### Certificate of Service

I certify that, on _____ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on_____
(Opposing Party or Counsel)

at _____.
(Address)

_____
Signature

JAMES HALL #987
ANCHORAGE CORRECTION COMPLEX WEST,
1300 E. 4TH AVE.
ANCHORAGE, ALASKA
99501

EXPEDITE
LEGAL

JUDGE JOHN SEDWICK,
U.S. DISTRICT COURT
CLERK OF COURT
222 W. 7TH AVE. # 4
ANCHORAGE, ALASKA 99513-7564

EXPEDITE
LEGAL
MAIL

$00.750
03.28/2008
Mailed From 99501
US POSTAGE

9951347564 C001