ADD "MOTION TO PRODUCE" TO THIS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
Clerk of Court
Federal Building & U.S. Courthouse
222 West Seventh Avenue #4
Anchorage, Alaska   99513-7564

RECEIVED
APR 0 2 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

September 10, 2007

**IDA ROMACK**
**CLERK OF COURT**

Mr. James L. Hall #987
ACC-West 1300 E. 4th Ave
Anchorage, AK 99501

Dear Mr. Hall:

   Subject:  Request for copies of files A05-0160CV(RRB), A05-0219CV(JWS), and A05-0226CV(JWS)

   Enclosed is a docket sheet for each case requested.  Please indicate exactly which documents you need by docket number and return your request. There is a required copy charge fee of $0.50 per page, filing exemption fees are not accepted for copies requested.

   Anything filed prior to January 3, 2006 will be on hard copy in the file, they have been sent to archive in Seattle Washington. To obtain theses copies you will need to contact the Federal Records Center-Seattle 6125 Sand Point Way, NE Seattle, WA 98115 or call 206-336-5134.  You will need to inform them of the location of the files and which docket number you need copy of:

| Case # | Accession # | Location # | Box # |
|---|---|---|---|
| A05-0160CV | 21-7-80 | 1049097 | 22 of 27 |
| A05-0219CV | 21-7-80 | 1049097 | 25 of 27 |
| A05-0226CV | 21-7-80 | 1049097 | 26 of 27 |

                                    Sincerely,

                                    IDA ROMACK
                                    Clerk of Court

                                    **Redacted Signature**
                                    _____
                                    Deputy Clerk

Enclosures:  Docket sheet for A05-0160CV, A05-0219CV, A05-0226CV.

[]{LTR.WPD*Rev.1/97}