IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES L. HALL,<br><br>         Plaintiff,<br><br>vs.<br><br>LEITONI TUPOU,<br><br>         Defendant. | Case No. 3:05-cv-00160-RRB<br><br>FURTHER ORDER<br><u>REGARDING COPIES</u> |

On August 31, 2007, James L. Hall, a self-represented prisoner, filed a motion for waiver of prepayment of the costs of copying his entire case file, which he claimed he needed for ongoing state court litigation.[1]  Although Mr. Hall submitted documentation showing that he currently had insufficient funds from which to pay the costs involved, he failed to explain why he needed copies of any particular document for his state cases.[2]

---

[1]  *See* Docket Nos. 28-30.

[2]  Court records show that all documents in the file have either originated from Mr. Hall, or were sent to Mr. Hall by the Court.

On September 17, 2007, Mr. Hall was informed that, if still wished to secure copies of the documents in this closed case without prepayment of the costs, he must explain to the Court which documents he needs, and why he needs each particular document.[3]  Mr. Hall was cautioned that the $45 cost of retrieving the file from archives, and the $.50 per page copying fee, would be deducted from his prison trust account.[4]

On October 5, 2007, Mr. Hall filed an amended motion for copies of his entire court file,[5] but before the Court ruled on that motion, on November 19, 2007, he filed a "notice of cancellation" of that motion.[6]

Mr. Hall has now filed yet another request for copies, which he says are necessary for an ongoing state case, *Hall v. State of Alaska*, 3AN-06-13179CI.[7]  A review of the public record of the docket entries in that case show that Mr. Hall was represented by counsel until only a month ago.  Mr. Hall also says he can pay for copies from his prison trust account.  Yet, this could have been done through counsel, as previously suggested by the Court,[8] until only a month ago.

---

[3]  See Docket No. 31.

[4]  *See* Docket No. 23 at 1 & Docket No. 34 at 1 (Mr. Hall offered to be billed for the cost of securing his closed file from archives).

[5]  *See* Docket Nos. 32-34.

[6]  *See* Docket Nos. 35, 36.

[7]  *See* Docket No. 37.

[8]  *See, e.g.*, Docket No. 31 at 2.

Therefore, Mr. Hall's request for copies without prepayment will be denied, and Mr. Hall may send the Court the money necessary for copies from archives.[9]

**IT IS HEREBY ORDERED** that Mr. Hall's motion at docket number 37 is DENIED.

DATED this 30th day of April, 2008, at Anchorage, Alaska.

/s/RALPH R. BEISTLINE
United States District Judge

---

[9] *See, e.g.*, Docket No. 37-3, filed by Mr. Hall with his motion, and explaining that documents filed before January 3, 2006, are archived in Seattle.